FILED

03/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0089

# IN THE SUPREME COURT OF THE STATE OF MONTANA
# OP 23-0089

## VIRGINIA WARD,

*Plaintiff-Appellant,*

v.

## SAFECO INSURANCE COMPANY OF AMERICA,

*Defendant-Appellee.*

_____

On Certified Question from the Ninth Circuit Court of Appeals
Cause No. 21-35757

_____

## ORDER DISMISSING THE CERTIFIED QUESTION WITH PREJUDICE
_____

Having considered the Stipulation for Dismissal with Prejudice of Certified Question and upon stipulation of the parties and for good cause showing,

IT IS HEREBY ORDERED that the Certified Question is dismissed with prejudice as fully settled on its merits with each party to bear their own costs and attorney's fees.

DATED this _____ day of _____, 2023

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2023